DECEMBER 17, 2003

No. 03–6383. REIMANN v. RESEARCH TRIANGLE INSTITUTE ET AL. Ct. App. N. C. Certiorari dismissed under this Court's Rule 46.

DECEMBER 18, 2003

No. 03A513. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. v. REID. Application to vacate stay of execution of sentence of death entered by the United States Court of Appeals for the Fourth Circuit on December 17, 2003, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 03–7899. REID v. TRUE, WARDEN. C. A. 4th Cir. Certiorari denied.